*[Handwritten at top: NO Meter Date - Rec'd By Mail NOT Prop Add ★ NOT C/R Mail   Frm Plts Attn]*

*RECEIVED OCT 19 2021*

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CITY OF BARSTOW, COUNTY OF SAN BERNARDINO, U.S. DEPARTMENT
OF THE INTERIOR BUREAU OF LAND MANAGEMENT and DOES 1 through
100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
GEORGE DUMAS

*RECEIVED OCT 19 2021 Regional Solicitor Pacific Southwest Region*

*[Stamp: DEC 13 2021 RECEIVED ...Attorney's Office ...ll Dockets]*

F I L E D
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

SEP 0 8 2021

BY _____
CHARLENE JOHNSON, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: <br> *(El nombre y dirección de la corte es):* San Bernardino Superior Court <br><br> 247 W. 3rd Street <br> San Bernardino CA 92415 | **CASE NUMBER:** <br> *(Número del caso):* <br> CIV SB 2 1 2 2 4 8 2 *[handwritten: NO Record]* |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Alan S. Turlington, Esq.; TUSH LAW LTD., 1415 Warner Avenue, Ste. B Tustin, CA 92780 (949) 575-8874

| DATE: <br> *(Fecha):* SEP 0 8 2021 | Clerk, by <br> *(Secretario)* Charlene Johnson | , Deputy <br> *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [x] on behalf of *(specify):* U.S. DEPARTMENT OF THE INTERIOR OF THE BUREAU OF LAND MANAGEMENT

under: [ ] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)     [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)     [ ] CCP 416.90 (authorized person)
[x] other *(specify):* entity form unknown
4. [ ] by personal delivery on *(date):*

*[SEAL / COPY]*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

**Exhibit 1**
3

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>—Alan S. Turlington (SBN 293733)<br>TUSH LAW LTD.<br>1415 Warner Avenue, Ste. B<br>Tustin CA 92780 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 949-575-8874   FAX NO.: 833-329-8874<br>ATTORNEY FOR *(Name)*: George Dumas<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SAN BERNARDINO**<br>STREET ADDRESS: **247 W. 3rd Street**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **San Bernardino 92415**<br>BRANCH NAME: **San Bernardino Superior Court** | F I L E D<br>SUPERIOR COURT<br>COUNTY OF SAN BERNARDINO<br>SAN BERNARDINO DISTRICT<br><br>AUG 1 0 2020 CY<br><br>BY_____<br>CHARLENE JOHNSON, DEPUTY |

| CASE NAME:<br>DUMAS v. CITY OF BARSTOW, et al. | |
|---|---|

| **CIVIL CASE COVER SHEET**<br>☑ Unlimited    ☐ Limited<br>(Amount      (Amount<br>demanded    demanded is<br>exceeds $25,000)   $25,000 or less) | **Complex Case Designation**<br>☐ Counter    ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>**CIV SB 2 1 2 2 4 8 2**<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | ☐ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☒ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse condemnation (14) | **Enforcement of Judgment** |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | ☐ Enforcement of judgment (20) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | **Miscellaneous Civil Complaint** |
| ☐ Civil rights (08) | **Unlawful Detainer** | ☐ RICO (27) |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Fraud (16) | ☐ Residential (32) | **Miscellaneous Civil Petition** |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Partnership and corporate governance (21) |
| ☐ Professional negligence (25) | **Judicial Review** | ☐ Other petition *(not specified above)* (43) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify)*: ONE
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 8/2/2021

Alan S. Turlington
_____
(TYPE OR PRINT NAME)         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |
|---|---|---|

**Exhibit 1**
4

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) (*if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto*)

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability (*not asbestos or
  toxic/environmental*) (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) (*not civil
  harassment*) (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract (*not unlawful detainer
      or wrongful eviction*)
  Contract/Warranty Breach–Seller
    Plaintiff (*not fraud or negligence*)
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage (*not provisionally
  complex*) (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property (*not eminent
    domain, landlord/tenant, or
    foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  (*arising from provisionally complex
  case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment (*non-
    domestic relations*)
  Sister State Judgment
  Administrative Agency Award
    (*not unpaid taxes*)
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified
  above*) (42)
  Declaratory Relief Only
  Injunctive Relief Only (*non-
    harassment*)
  Mechanics Lien
  Other Commercial Complaint
    Case (*non-tort/non-complex*)
  Other Civil Complaint
    (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition (*not specified
  above*) (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

**Exhibit 1**

**5**

1  Alan S. Turlington (SBN 293733)
   TUSH LAW LTD.
2  1415 Warner Avenue, Ste. B
3  Tustin, CA 92780
   Telephone: (949) 575-8874
4  Facsimile: (833) 329-8874
   Email: contact@tushlaw.com
5
6  Attorneys for Plaintiff
   GEORGE DUMAS
7

F I L E D
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

AUG 1 0 2021

BY _____
CHARLENE JACKSON, DEPUTY

8              SUPERIOR COURT FOR THE STATE OF CALIFORNIA

9                    COUNTY OF SAN BERNARDINO

10

11  GEORGE DUMAS                      Case No.: CIV SB 2 1 2 2 4 8 2

12              Plaintiffs,

13                                     COMPLAINT FOR DAMAGES FOR
        vs.                            NEGLIGENCE AND STATUTORY
14                                     LIABILITY

15  CITY OF BARSTOW, COUNTY OF SAN     DEMAND FOR JURY TRIAL
    BERNARDINO, U.S. DEPARTMENT OF
16  THE INTERIOR BUREAU OF LAND
    MANAGEMENT and DOES 1 through 100,
17  inclusive,

18              Defendants.

19

20    **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL:**

21    Plaintiff GEORGE DUMAS complains and alleges as follows:

22                    **PRELIMINARY ALLEGATIONS**

23    1.  Plaintiff GEORGE DUMAS ("Plaintiff") is an individual residing within the County of

24  Los Angeles, State of California.

25    2.  Plaintiff is informed and believes and based thereon alleges that Defendants CITY OF

26  BARSTOW, COUNTY OF SAN BERNARDINO and U.S. DEPARTMENT OF THE

27  INTERIOR BUREAU OF LAND MANAGEMENT (hereinafter, collectively referred to as

28

                                    1
                               COMPLAINT

Exhibit 1
6

Alan S. Turlington (SBN 293733)
TUSH LAW LTD.
1415 Warner Avenue, Ste. B
Tustin, CA 92780
Telephone: (949) 575-8874
Facsimile: (833) 329-8874
Email: contact@tushlaw.com

Attorneys for Plaintiff
GEORGE DUMAS

### SUPERIOR COURT FOR THE STATE OF CALIFORNIA

### COUNTY OF SAN BERNARDINO

| | |
|---|---|
| GEORGE DUMAS<br><br>            Plaintiffs,<br><br>     vs.<br><br>CITY OF BARSTOW, COUNTY OF SAN BERNARDINO, U.S. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES FOR NEGLIGENCE AND STATUTORY LIABILITY**<br><br>DEMAND FOR JURY TRIAL |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL:**

Plaintiff GEORGE DUMAS complains and alleges as follows:

#### PRELIMINARY ALLEGATIONS

1.  Plaintiff GEORGE DUMAS ("Plaintiff") is an individual residing within the County of Los Angeles, State of California.

2.  Plaintiff is informed and believes and based thereon alleges that Defendants CITY OF BARSTOW, COUNTY OF SAN BERNARDINO and U.S. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT (hereinafter, collectively referred to as

1

COMPLAINT

Exhibit 1
7

1  "Defendants") were each a municipal corporation duly organized and existing under the laws of

2  the State of California.

3      3.  Plaintiff is informed and believes, and based thereon alleges, that at all times relevant

4  herein, each of the Defendants, including DOES 1 through 100, inclusive (hereinafter

5  collectively "Defendants"), was the agent of each of the remaining Defendants, and each such

6  Defendant empowered and authorized each of the remaining Defendants to act and did in fact act

7  as the agent of each of the remaining Defendants within the course and scope of such agency.

8  Plaintiff is further informed and believes, and based thereon alleges, that the acts of each

9  Defendant alleged herein were ratified, authorized or otherwise approved by each of the

10 remaining Defendants.

11     4.  Plaintiff is ignorant of the true names and specific capacities of Defendants sued herein as

12 DOES 1 through 100, inclusive, and therefore sues these defendants by fictitious names. Plaintiff

13 is informed and believes, and based thereon alleges, that each such fictitiously named defendant

14 is responsible in some manner for the acts alleged in this complaint which proximately caused

15 injury and damage to Plaintiff as herein alleged. Plaintiff will amend this complaint to allege the

16 true names and capacities of these fictitious defendants when their identities are ascertained.

17 Each reference in this complaint to Defendants or to a specifically named defendant refers also to

18 all defendants sued under aforesaid fictitious names.

19     5.  Plaintiff has fully satisfied the statutory requirements of pursuing this suit against

20 Defendants by presenting a timely Notice of Claim pursuant to Government Code §§ 910 and

21 915 within the six-month statutory timeframe. Plaintiff duly and timely submitted claims to

22 Defendants CITY OF BARSTOW and COUNTY OF SAN BERNARDINO on January 28, 2021

23 and to Defendant U.S. DEPARTMENT OF THE INTERIOR BUREAU OF LAND

24 MANAGEMENT ("BLM") on February 11, 2021, a true and correct copy of each which is

25 attached hereto as Exhibit "A". Defendants are in receipt of the respective claims. Defendant

26 COUNTY OF SAN BERNARDINO responded on or around February 10, 2021 and Defendant

27 BLM responded on or around June 22, 2021. A true and correct copy of each is attached hereto

28

2
COMPLAINT

Exhibit 1
8

1 | as Exhibit "B". As such, Plaintiff brings this lawsuit in a timely manner pursuant to Government
2 | Code § 945.6(a)(2).

### FIRST CAUSE OF ACTION FOR

### NEGLIGENCE AND STATUTORY LIABILITY

### (All Defendants)

6.  Plaintiff re-alleges and incorporates herein by this reference, as though fully set forth, each and every allegation contained in the Preliminary Statement hereinabove.

7.  At all times herein mentioned, Defendants and Does 1 through 100, and each of them, owned, operated, leased, possessed, maintained and controlled the premises, including, but not limited to City of Barstow and surrounding regional public park land between Calico Ghost Town and Coyote Lake in the County of San Bernardino, State of California (hereinafter the "SUBJECT PREMISES").

8.  The SUBJECT PREMISES are public property, owned, operated and maintained by Defendants and DOES 1 through 100.

9.  On or about July 11, 2020, Plaintiff was hiking in the SUBJECT PREMISES in an area designated for public use and travel. While at the SUBJECT PREMISES that same day, Plaintiff unknowingly contracted "Valley Fever." Valley Fever, also called coccidioidomycosis, is an infection caused by the fungus Coccidioides.

10. The fungus, Coccidioides, is known to live in the soil in the southwestern United States including in the SUBJECT PREMISES as well as other counties bordering the County of San Bernardino in the State of California.

11. On or about August 6, 2020, Plaintiff suddenly became deathly ill and was hospitalized.

12. On or about August 16, 2020, after suffering a near fatal reaction to illness and several false diagnoses, Plaintiff was finally diagnosed with Valley Fever by a medical doctor and leading infectious disease specialist.

13. At all times herein pertinent, Plaintiff was legally and foreseeably on the SUBJECT PREMISES as a lawful guest of the public park area during normal daytime hours. Plaintiff was

Exhibit 1
9

using the property with due care in a manner that was reasonably foreseeable to Defendants, in that Plaintiff was simply hiking and traveling through the SUBJECT PREMISES for recreation. Therefore, a substantial risk of injury to Plaintiff and others existed by way of this dangerous condition of public property.

14. Defendants, and each of them, failed to warn members of the general public, including Plaintiff, of the dangerous condition on public property, namely the presence of the dangerous and potentially lethal fungus, Coccidioides.

15. This dangerous condition existed for a substantial amount of time. Therefore, Defendants had actual or constructive notice of this condition and failed to remedy it in a timely manner to avoid an unnecessary risk of injury to plaintiff and others.

16. Defendants, and each of them, owned a duty of care to Plaintiff and other lawful entrants of the SUBJECT PREMISES traveling on the SUBJECT PREMISES or using the land for recreational purposes to exercise ordinary and reasonable care in the management, maintenance, and supervision of the SUBJECT PREMISES so as to prevent harm to, and not endanger, Plaintiff and other persons.

17. Defendants breached that duty by, among other things, failing to properly inspect and monitor the SUBJECT PREMISES for the presence of Coccidioides, failing to properly maintain the SUBJECT PREMISES by eliminating and mitigating the dangers posed by exposure to Coccidioides, allowing the SUBJECT PREMISES to become a dangerous condition, failing to remedy the dangerous condition, and failing to provide advance notice or warnings to members of the public such as PLAINTIFF about the existence of the dangerous condition and their potential exposure to Coccidioides.

18. The dangerous situation described herein was directly attributable wholly or in substantial part to the negligent and wrongful acts and conduct of Defendants, and each of them, as set forth above. The dangerous condition had existed for such a period of time and was of such an obvious nature that Defendants, in the exercise of such authority and responsibility with due care, should have discovered the condition and its dangerous character.

4

COMPLAINT

Exhibit 1
10

19. As a direct result of these acts and failures to act by Defendants and DOES 1 through 100, and each of them, breached their statutory standard of care and are liable for the injuries to Plaintiff under Civil Code sections 1714(a), 2338 and 2343 and including, but not limited to, Government Code sections 815.2(a), 820(a), 835 and 840.2.

20. As a proximate result of the acts and omissions of the Defendants, and each of them, Plaintiff was hurt and injured in his health, strength, and activity, having sustained injuries, all of which caused and continue to cause Plaintiff great mental, physical, and nervous pain and suffering.  Plaintiff is informed and believes and thereby alleges that said injuries will result in some permanent disability to Plaintiff, all to Plaintiff's general damage in an amount in excess of the minimum jurisdictional limits of this court.

21. As a further direct and proximate result of the acts and omissions of the Defendants, and each of them, as aforesaid, Plaintiff has incurred and will in the future incur expenses for treatment of his injuries, the exact nature and extent of which are unknown to Plaintiff at this time and Plaintiff will ask leave of court to amend the complaint according to proof when the same are ascertained at trial.

22. As a further direct and proximate result of the acts and omissions of the Defendants, and each of them, as aforesaid, Plaintiff will be unable to pursue his vocation and has therefore suffered and will suffer in the future, a loss of earnings and earning capacity, the exact amount of which is unknown to Plaintiff at this time, and Plaintiff will ask leave of court to amend the complaint according to proof when the same are ascertained at trial.

23. As a further direct and proximate result of the acts and omissions of the Defendants, and each of them, Plaintiff was required to incur other economic losses all in an amount according to proof.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff GEORGE DUMAS prays for judgment against Defendants, and each of them, as follows:

1.      For all general damages, according to proof;

5
COMPLAINT

Exhibit 1
11

2.      For all special damages, according to proof;

3.      For medical and health care expenses, according to proof; and

4.      For lost earnings and earning capacity, according to proof.

5.      For pre-judgment interest;

6.      For costs of suit incurred herein; and

7.      For such other and further relief as the court may deem just and proper.

Dated: August 10, 2021           TUSH LAW LTD.

By: _____
       ALAN S. TURLINGTON
Attorneys for Plaintiff,
GEORGE DUMAS

6

COMPLAINT

Exhibit 1
12

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

7

COMPLAINT

Exhibit 1
13



THE CITY OF

**CLAIM FOR MONEY OR
DAMAGES AGAINST
THE CITY OF BARSTOW**

RESERVE FOR FILING STAMP

**Personally Deliver or Mail to the:
City Clerk of the Council
City of Barstow
220 E. Mountain View Street Suite A
Barstow, CA 92311**

**Note:** A claim relating to a cause of action for death or for injury to person or to personal property or growing crops shall be presented not later than six months after the accrual of the cause of action.   A claim relating to any other cause of action shall be presented not later than one year after the accrual of the cause of action.   See California Government Code §911.2.

**If additional space is needed to provide your information, please attach separate sheets which identify the paragraph(s) being answered.   Sign, date and number all attachments to the claim form.**

1.      Name and Post Office address of the Claimant:

Name of Claimant: George Dumas

Post Office Address:1415 Warner Avenue, Ste.B, Tustin, CA 92780

Telephone: 949-575-8874

2.      Post Office address to which the person presenting the claim desires notices to be sent:

Name of Addressee: Alan S. Turlington          Relationship to Claimant: Attorney

Post Office Address: 1415 Warner Avenue, Ste. B, Tustin, CA 92780

Telephone:

3.      Claimant date of birth, Social Security Number and gender:

Date of Birth: 6/10/1985

Social Security Number: UNK

Gender: Male

**Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 (MMSEA) (P.L. 110-173), adds mandatory reporting requirements for liability insurance (including self-insurance).   See 42 U.S.C. 1395y(b)(8). The City/Agency is requesting this information in order to comply with the requirements of MMSEA and will not disseminate this information, except for reporting purposes as required by the Act referenced above.   You understand that if you are a Medicare beneficiary and you do not provide the requested information, you may be violating obligations as a beneficiary to assist Medicare in coordinating benefits to pay your claims correctly and promptly.**

4.      The date, place and other circumstances of the occurrence or transaction which gave rise to the claim asserted.

Date of Occurrence: 8/6/2020          Time of Occurrence:

Location: Barstow Desert

Circumstances giving rise to this claim:

Claimant went on a hike in the Barstow desert on or about July 11, 2020. Claimant became ill around 8/6/2020 and sought

medical treatment. He was hospitalized and later diagnosed with Valley Fever on 8/16/2020. The City / Bureau of Land Management

negligently failed to warn claimant of the dangers associated with Valley Fever and that the land was contaminated.

Page 1 of 3

Exhibit 1
14

5. General description of the indebtedness, obligation, injury, damage or loss incurred so far as it may be known at the time of the presentation of the claim.

Obligation to warn Claimant about the risk of contracting Valley Fever in the public land where he was hiking.

6. The name or names of the public employee or employees causing the injury, damage, or loss, if known.

Bureau of Land Management or City of Barstow or Unknown

7. **If amount claimed totals less than $10,000:** If the amount claimed totals less than ten thousand dollars ($10,000) as of the date of presentation of the claim, including the estimated amount of any prospective injury, damage, or loss, insofar as it may be known at the time of the presentation of the claim, together with the basis of computation of the amount claimed.

Amount Claimed and basis for computation:

Medical bills are still being calculated. TBD

8. **If amount claimed exceeds $10,000:** If the amount claimed exceeds ten thousand dollars ($10,000), no dollar amount shall be included in the claim. However, it shall indicate whether the claim would be a limited civil case. A limited civil case is one where the recovery sought, exclusive of attorney fees, interest and court costs, does not exceed $25,000. An unlimited civil case is one in which the recovery sought is more than $25,000. See California Code of Civil Procedure §86.

☐ Limited Civil Case          ☑ Unlimited Civil Case

9. Name, address and telephone number of any witness(es) to the occurrence or transaction which gave rise to the claim asserted:

Walter Dumas (brother of claimant)

Lissete Dumas (wife of claimant)

10. If the claim involves medical treatment for a claimed injury, please provide the name, address and telephone number of any doctor(s) or hospital(s) providing treatment:

Facey Medical Group, 11333 N Sepulveda Blvd, Mission Hills CA 91345, T: 818-365-9531

Facey Medical Group, 9111 Corbin Ave, Northridge CA 91324, T: 818-743-5700

Dr. George Melikian, M.D., 11333 N Sepulveda Blvd, Mission Hills CA 91345, T: 818-365-9531

*If applicable, please attach any medical records or reports, medical bills or similar documents supporting your claim.*

Exhibit 1
15

11.    If the claim relates to an automobile accident:

Claimant(s) Auto Ins. Co.:                                          Telephone:

Address:

                                                                              Insurance Policy No.:


Insurance Broker/Agent:                                          Telephone:

Address:


Claimant's Veh. Lic. No.:                                          Vehicle Make/Year:

Claimant's Drivers Lic. No.:                                     Expiration:

*If applicable, please attach any repair bills, estimates or similar documents supporting your claim.*

## READ CAREFULLY

For all accident claims, place on following diagram name of streets, including North, East, South, and West; indicate place of accident by "X" and by showing house numbers or distances to street corners.    If City/Agency Vehicle was involved, designate by letter "A" location of City/Agency Vehicle when you first saw it, and by "B" location of yourself or your vehicle when you first saw City/Agency Vehicle; location of

City/Agency vehicle at time of accident by "A-1" and location of yourself or your vehicle at the time of the accident by "B-1" and the point of impact by "X."

**NOTE:** If diagrams below do not fit the situation, attach hereto a proper diagram signed and by claimant.



**Warning:**    Presentation of a false claim is a felony.    See California Penal Code §72.    In the event a legal action is filed and it is determined that the the action was not filed in good faith and with reasonable cause, the City/Agency may seek to recover all costs of defense.    See California Code of Civil Procedure §1038.


Signature of the Claimant or Person acting on the Claimant's behalf

1/25/2021
Date

Exhibit 1
16



Exhibit 1
17

## CLAIM AGAINST COUNTY OF SAN BERNARDINO
*(CLAIM FORM MUST BE FILLED OUT PROPERLY OR CLAIM WILL BE RETURNED WITHOUT FILING)*

DATE: 1/22/2021

Claim is hereby made against the treasury of the County of San Bernardino, State of California, as follows:

- Less than $10,000 -- State the total amount claimed $    TBD
- More than $10,000 -- Check one of the boxes:
  - ☐   Municipal Court Jurisdiction ($10,000 - $25,000)     ☑   Superior Court Jurisdiction ($25,001 and up)

Claimant makes the following statements in support of the claim:

1. Name of Claimant:   George Dumas                                          818-263-6327
                        First          Middle          Last          (Area Code and Phone No.)

2. Address of Claimant:
                        Street                      City                    Zip Code

   Gender: ✔ Male __ Female   Date of Birth: 6/10/1985   SS#: UNK
   ***(The Information Requested is Mandatory if Presenting a Claim for Bodily Injury)***

3. Notices concerning claim should be sent to:
   Alan S. Turlington                    1415 Warner Ave, #B    92780        949-575-8874
   Name                                  Address              Zip Code      (Area Code and Phone No.)

4. Circumstances giving rise to claim are as follows: Claimant went on a hike in the Barstow desert on or
   about July 11, 2020. Claimant became ill around 8/6/2020 and sought medical treatment.
   He was hospitalized and later diagnosed with Valley Fever on 8/16/2020.
   The County negligently failed to warn claimant of the dangers associated with Valley Fever
   and that the land was contaminated.

5. Date, Time and Place (city, street, cross-street) damage occurred and nature thereof: Barstow Desert on or
   about July 11, 2020. Claimant did not become ill until 8/6/2020. After hospitalization, he was
   diagnosed with Valley Fever on 8/16/2020.

6. Public property and/or public officers or employees causing injury, damage or loss:
   Unknown

7. Name, address and telephone number of witnesses: Walter Dumas (brother of claimant);
   Lissete Dumas (wife of claimant)

8. Basis of computation of claimed amount is as follows:

   Medical expenses to date    TBD                    Loss wages    TBD
   Estimated future medical expenses  TBD             General damages  TBD
   Other expenses                                     Property damage
   Other damages    TBD

                                                      _____
                                                      Claimant or Representative (Signature)

**RETURN COMPLETED FORM TO:**
Risk Management Division -- County of San Bernardino, State of California          Office:  (909) 386-8631
222 W. Hospitality Lane, 3rd Floor                                                Fax:    (909) 382-3212
San Bernardino, CA  92415-0016

Revised 9-2011

Exhibit 1
18



Exhibit 1

19

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the Instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse.) Number, Street, City, State and Zip code. |
|---|---|
| Bureau of Land Management | George Dumas (Claimant) Alan S. Turlington (Attorney) 1415 Warner Ave., Ste. B, Tustin, CA 92780 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH 06/10/1985 | 5. MARITAL STATUS M | 6. DATE AND DAY OF ACCIDENT 07/11/2020 | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

The Bureau of Land Management failed to warn the visitors that parts of the Barstow Desert were contaminated with the Valley Fever Virus. Claimant, George Dumas, was diagnosed with the Valley Fever a month or so after going on a hike to the Barstow Desert.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Claimant, George Dumas, was diagnosed with the Valley Fever after a hike on the Barstow Desert. Bureau of Land Management failed to warn the visitors that parts of the desert were contaminated.

| 11. | WITNESSES |
|---|---|

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| | |

| 12. (See instructions on reverse). | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
| | $1,000,000,000 | | $1,000,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| _Alan S. Turlington_ (Attorney) | 949-575-8874 | 02/11/2021 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

| Authorized for Local Reproduction Previous Edition is not Usable 95-109 | NSN 7540-00-634-4046 | STANDARD FORM 95 (REV. 2/2007) PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2 |
|---|---|---|

**Exhibit 1**

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance?  ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  ☒ No

16. Have you filed a claim with your insurance carrier in  his instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No    17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance?   ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

**INSTRUCTIONS**

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all Items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14.  Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by  he agent or legal representative, it must show the  itle or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a)  In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b)  In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c)  In support of claims for damage to property which is not economically repairable, or if he property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d)  Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A.  *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B.  *Principal Purpose:*  The information requested is to be used in evaluating claims.
C.  *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D.  *Effect of Failure to Respond:*  Disclosure is voluntary.  However, failure to supply  he requested informa ion or to execute the form may render your claim "invalid."

**PAPERWORK REDUCTION ACT NOTICE**

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding  his burden estimate or any other aspect of this collection of information, including sugges ions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

Exhibit 1
21



Exhibit 1

22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

8

COMPLAINT

Exhibit 1
23



**SAN BERNARDINO COUNTY**

**Department of Risk Management**

222 West Hospitality Lane, Third Floor, San Bernardino, CA 92415

*www.SBCounty.gov*

**LeAnna Williams**
Director

**Phone Number**
909.386.8655

**Fax Numbers**
Admin/Fiscal:   909.382.3211
Workers Comp: 909.386.8711
Liability:        909.386.3211
Safety:          909.382.3212

February 10, 2021

Tush Law
1415 Warner Ave., #B
Tustin, CA  92780

**Attention: Alan S. Turlington**

**RE:**   Claimant................ George & Lissete Dumas
Date of Loss............ 07/11/2020
Amount of Claim...... Undetermined
Our File..................136614

Notice is hereby given that the claim you presented to the County of San Bernardino on February 2, 2021 is being returned because it was not presented within six (6) months after the event or occurrence as required by law.  See Section 901 and 911.2 of the <u>Government Code.</u>  Because the claim was not presented within the time allowed by law, no action was taken on your claim.

Your only recourse at this time is to apply without delay to the County of San Bernardino for leave to present a late claim.  See Section 911.4 to 912.2 inclusive, and Section 946.6 of the <u>Government Code.</u>  Under some circumstances, leave to present a late claim will be granted.  See Section 911.6 of the <u>Government Code.</u>

You may seek the advice of an attorney of your choice in connection with this matter.  If you desire to consult an attorney, you should do so immediately.

*Lynden Salonga*

Lynden Salonga
Liability Claims Representative II
DEPARTMENT OF RISK MANAGEMENT
(909) 386-8609

BSWARc

Leonard X. Hernandez
Chief Executive Officer

**Exhibit 1**

24

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

GEORGE DUMAS _____

Case No. CIV SB 2 1 2 2 4 8 2

vs.

**CERTIFICATE OF ASSIGNMENT**

. CITY OF BARSTOW, et al. _____

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the
SAN BERNARDINO _____ District of the Superior Court under Rule131 and General Order
of this court for the checked reason:

- ■ General
- ☐ Collection

| | **Nature of Action** | **Ground** |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☐ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☑ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other _____ | |
| ☐ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is.

CALICO MOUNTAINS in CITY OF BARSTOW _____ IRWIN RD & OLD HWY 58
NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR _____ ADDRESS

BARSTOW _____ CA _____ 92311
CITY _____ STATE _____ ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was
executed on 8/3/2021 _____ at TUSTIN _____,
California.

_____
Signature of Attorney/Party

Form # 13-16503-360
Mandatory Use

CERTIFICATE OF ASSIGNMENT

Rev. June 2019

**Exhibit 1**

25

**OFFICIAL RECEIPT**
SUPERIOR COURT OF CALIFORNIA -
COUNTY OF SAN BERNARDINO
San Bernardino District - Civil Division
247 West Third Street
San Bernardino, CA 92415-0210

GET ONLINE, NOT INLINE
www.sb-court.org

Receipt No.   **SC-2021-52611**
Transaction Date   09/08/2021
Payor
 Cal West Attorney Services, INC
 1201 West Temple Street
 Los Angeles, CA  90026

| Description | Amount Paid |
|---|---|
| Dumas, George | |
| CIVSB2122482 | |
| Dumas -v- City of | |
| Barstowet al | |
| Unlimited Civil - Complai | 435.00 |
| **SUBTOTAL** | **435.00** |
| Remaining Balance Due: | 0.00 |
| **PAYMENT TOTAL** | **435.00** |
| Check (Ref #21728) Tendered | 435.00 |
| Total Tendered | **435.00** |
| Change | 0.00 |

| 09/08/2021 | Cashier CHJohnson | Audit |
| 03:49 PM | Station SJCVC321-C | 52624997 |

**OFFICIAL RECEIPT**

**Exhibit 1**
26



**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO**
San Bernardino District
247 West 3rd St
San Bernardino CA  92415
www.sb-court.org
909-708-8678

| Dumas -v-  City of Barstowet al | | |
|---|---|---|
| **NOTICE OF TRIAL SETTING CONFERENCE and NOTICE OF CASE ASSIGNMENT** | Case Number | |
| | CIVSB2122482 | |

TUSH LAW LTD.
1415 Warner AVE
STE B
tustin CA  92780

This case has been assigned to:  Bryan Foster in  for all purposes.

Notice is hereby given that the above-entitled case has been set for Trial Setting Conference on:

Hearing Date:    at  in

The Trial Setting Conference will be held in chambers without the appearance of the parties – except for good cause shown. (see Emergency Local Rule 411.1).

Parties shall file and serve no later than 15 days prior to the trial setting conference the mandatory Initial Trial Setting Conference Statement form (local form #13-09001-360) included with this notice. Prior to the date of the initial trial setting conference, the court may entertain a written stipulation by all appearing parties to continue the initial trial setting conference if filed at least 30 days prior to the conference.

Date: 9/13/2021                         Nancy CS Eberhardt, Court Executive Officer

By: _____
Charlene Johnson, Deputy Clerk

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San Bernardino at the above-listed address.  I am not a party to this action and on the date and place shown below, I served a copy of the above-listed notice by:
☒  Enclosed in a sealed envelope mailed to the interested party addressed above for collection and mailing this date, following standard Court practices.
☐  Enclosed in a sealed envelope, first class postage prepaid in the U.S. mail at the location shown above, mailed to the interested party and addressed as shown above or as shown on the attached listing.
☐  A copy of this notice was given to the filing party at the counter.
☐  A copy of this notice was placed in the bin located at this office and identified as the location for the above law firm's collection of file-stamped documents.
Date of Mailing: 9/13/2021

I declare under penalty of perjury that the forgoing is true and correct.  Executed on 9/13/2021 at San Bernardino, CA.

By: _____
Charlene Johnson Deputy Clerk

**Exhibit 1**
27

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:
E-MAIL ADDRESS:
ATTORNEY FOR (Name):
FAX NO. (Optional):

TRIAL SETTING CONFERENCE DATE: _____
UNLIMITED CASE: _____
LIMITED CASE: _____

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **INITIAL TRIAL SETTING CONFERENCE STATEMENT** | CASE NUMBER: |
|---|---|

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided. This document must be filed and served at least 15 days prior to the trial setting conference date.**

1. **Party or parties** (answer one):
   a. ☐ This statement is submitted by party (name):
   b. ☐ This statement is submitted jointly by parties (names):

2. **Service of Complaint** on all parties has ☐ has not ☐ been completed.

3. **Service of Cross-Complaint** on all parties has ☐ has not ☐ been completed.

4. **Description of case in Complaint:**

5. **Description of case in Cross-Complaint:**

6. Has all discovery been completed: Yes ☐   No ☐   Date discovery anticipated to be completed: _____

7. Do you agree to mediation? Yes ☐  No ☐  Please check type agreed to: Private: _____  Court-sponsored: _____

8. **Related cases, consolidation, and coordination:** Please attach a Notice of Related Case.

   ☐ A motion to ☐ consolidate ☐ **Trial dates requested: Yes** ☐  No ☐  Available dates: _____
   Time estimate: _____

9. **Other issues:**
   ☐ The following additional matters are requested to be considered by the Court:

10. **Meet and Confer:**
    ☐ The parties represent that they have met and conferred on all subjects required by California Rules of Court, Rule 3.724.

    ☐ The parties have entered into the following stipulation(s):

11. Total number of pages attached (if any): _____

    I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the Initial Trial Setting Conference, including the written authority of the party where required.
    Date: _____

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY

Form # 13-09001-360
Mandatory Form

INITIAL TRIAL SETTING CONFERENCE STATEMENT

**Exhibit 1**
**28**

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

| TELEPHONE NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name):<br>FAX NO. (Optional): | TRIAL SETTING CONFERENCE DATE: _____<br>UNLIMITED CASE: _____<br>LIMITED CASE: _____ | |

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **INITIAL TRIAL SETTING CONFERENCE STATEMENT** | CASE NUMBER: |
|---|---|

**INSTRUCTIONS:  All applicable boxes must be checked, and the specified information must be provided.  _This document must be filed and served at least 15 days prior to the trial setting conference date._**

1. **Party or parties** (answer one):
    a. ☐ This statement is submitted by party (name):
    b. ☐ This statement is submitted jointly by parties (names):

2. **Service of Complaint** on all parties has ☐ has not ☐ been completed.

3. **Service of Cross-Complaint** on all parties has ☐ has not ☐ been completed.

4. **Description of case** in Complaint:

5. **Description of case** in Cross-Complaint:

6. Has all discovery been completed: Yes ☐   No ☐   Date discovery anticipated to be completed: _____

7. Do you agree to mediation?  Yes ☐   No ☐   Please check type agreed to:  Private: _____   Court-sponsored: _____

8. **Related cases, consolidation, and coordination:**  Please attach a Notice of Related Case.

    ☐ A motion to ☐ consolidate  ☐ Trial dates requested: Yes ☐  No ☐  Available dates: _____
    Time estimate: _____

9. **Other issues:**
    ☐ The following additional matters are requested to be considered by the Court:

10. **Meet and Confer:**
    ☐ The parties represent that they have met and conferred on all subjects required by California Rules of Court, Rule 3.724.

    ☐ The parties have entered into the following stipulation(s):

11. Total number of pages attached (_if any_): _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the Initial Trial Setting Conference, including the written authority of the party where required.
Date: _____

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PARTY OR ATTORNEY)

Form # 13-09001-360            INITIAL TRIAL SETTING CONFERENCE STATEMENT
Mandatory Form

**Exhibit 1**



# United States Department of the Interior



BUREAU OF LAND MANAGEMENT
California State Office
2800 Cottage Way, Suite W1623
Sacramento, CA 95825
www.blm.gov/office/california

June 22, 2021

Tush Law
1415 Warner Ave., Ste. B
Tustin CA 92780
For George Dumas, Claimant

Dear Mr. Alan S. Turlington:

This letter acknowledges receipt of the administrative claim you submitted to the Bureau of Land Management California State Office for damages. Your claim has been forwarded to the U.S. Department of the Interior, Office of the Solicitor, Torts Practice Branch for review and determination pursuant to the provisions of the Federal Tort Claims Act found at 28 U.S.C. §§ 2671-2680[1]. Regulations pertaining to the FTCA can be found at Title 28, Code of Federal Regulations, Part 14; and Title 43, Code of Federal Regulations, Part 22.

If you have any questions, you may contact me at (916) 978-4521, by email at beason@blm.gov, or at the following address:

Bureau of Land Management
California State Office
2800 Cottage Way, Ste. W-1623
Sacramento, CA 95825

Sincerely,

*Jim E Beason*

Jim Beason
State Safety Manager & Tort Claims Officer

---

[1] Federal statutes and regulations can be accessed at www.govinfo.gov.

**INTERIOR REGIONS 8 & 10 • LOWER COLORADO BASIN & CALIFORNIA-GREAT BASIN**
ARIZONA, CALIFORNIA, NEVADA, OREGON*
* PARTIAL

**Exhibit 1**
30