**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DUMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BARSTOW, COUNTY OF SAN BERNARDINO, U.S. DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | EDCV 22-105 PA (SPx)<br><br>JUDGMENT |

　　　　Pursuant to the Court's February 24, 2022 Minute Order, which granted the Motion to Dismiss filed by defendant United States, as the real party in interest to U.S. Department of Interior Bureau of Land Management (the "Government"),

　　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

　　　　1.　　The claims asserted by plaintiff George Dumas ("Plaintiff") against the Government are dismissed for lack of subject matter without leave to amend and without prejudice; and

　　　　2.　　The Court, pursuant to 28 U.S.C. § 1367(c)(3), declines to exercise supplemental jurisdiction over Plaintiff's claims asserted against the City of Barstow and the County of San Bernardino; and

3. The Court exercises its discretion to remand the claims over which it has declined to exercise supplemental jurisdiction to San Bernardino Superior Court, Case No. Case CIVSB 2122482.

DATED: February 24, 2022

                                              Percy Anderson
                                  UNITED STATES DISTRICT JUDGE